

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RUFUS D. MCFADDEN**                                                                 **PLAINTIFF**

v.                                                                    **CIVIL ACTION NO.: 1:13-cv-494-MTP**

**CHRISTOPHER EPPS, ET AL.**                                                       **DEFENDANTS**

## FINAL JUDGMENT

This cause having come before the Court on the Motion for Summary Judgment [32] filed by Defendants Christopher Epps, Mike Hatten, Gloria Perry, and E.L. Sparkman and a decision having been duly rendered by separate Opinion and Order [38],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the 13 day of June, 2014.

Michael T. Parker
United States Magistrate Judge